IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-70 (WLS-TQL) |
| | : |
| TORIANO WILLIAMS, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Presently before the Court is the Government's Unopposed Motion for a Continuance and Extension of the Speedy Trial Act Deadline, which was filed on February 27, 2023. (Doc. 23.) Therein, the Government requests that this Court continue the pretrial conference on March 27, 2023.[1] (*Id.*) The Government requests a continuance because the Government has yet to provide Defendant with discovery, pending a ruling on the Government's Motion for a Protective Order. (Docs. 21 & 23.) The Government also represents that they have consulted with Defendant and Defendant does not oppose the Government's Motion for a Continuance. (Doc. 23.)

Based on the Government's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 23) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division May 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

---

[1] The Court notes for the purposes of the record that pursuant to this Court's Notice of Pretrial Conference, a pretrial conference was scheduled to take place on March 7, 2023 at 3:00pm in Albany, GA in preparation for a specially set March 27, 2023 Valdosta Trial Term. (Doc. 20.)

The March 7, 2023 pretrial conference in this matter is **CANCELLED**.

**SO ORDERED**, this 28th day of February 2023.

                                        **/s/ W. Louis Sands**
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**