## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,      :
:
v.      :
:      Case No.: 7:22-CR-70 (WLS-TQL)
:
TORIANO WILLIAMS,      :
:
:
      Defendant.      :
_____:

### ORDER

On February 16, 2023, the Government moved for a Protective Order in this matter, ostensibly to prevent the disclosure of a confidential informant's identity, among other matters. (Doc. 21.) To ensure the prompt resolution of this issue, on February 21, 2023, the Court ordered the Defendant to file a Response within seven (7) days, indicating whether they opposed the Government's Motion. (Doc. 22.)

While Defendant has yet to file a Response on the Record, upon further review of the Government's Motion for a Protective Order (Doc. 21) the Court notes that the Government's Motion is deficient in that it could not be granted as written, even if it was unopposed. The Government is deficient because the Government does not cite any case law that would support their Motion, but rather simply states that "Federal Rule of Criminal Discovery 16(d)(1)" authorizes the issuance of a protective order to protect the identity of a confidential source. (Doc. 21.) Furthermore, the Government repeatedly references a proposed order, that was never submitted to the Court. (Doc. 21.)

As the Government's Motion (Doc. 21) did not provide sufficient information for this Court to determine whether good cause for a Protective Order in this case exists, but rather vaguely references a non-submitted proposed order, the Government is hereby **ORDERED** to file on the record the proposed order **within seven (7) days of the entry of this Order**. In order for the Court to properly exercise its discretion pursuant to Federal Rule of Criminal Procedure 16(d) the Government is also hereby **ORDERED** to include with that proposed

1

order the facts, reasons and relevant case law that authorize the issuance of a protective order to protect the identities of confidential informants. If necessary, the detailed facts and reasons may be submitted to the Court *ex parte*.

**SO ORDERED**, this 1st day of March 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**