IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | CASE NO: 7:22-cr-70  (WLS) |
| TORIANO WILLIAMS, aka "Ernio," : | |
| Defendant. : | |

## ORDER

On December 15, 2022, Defendant Toriano Williams, aka "Ernio," was indicted by a grand jury in a three count indictment. (Doc. 1.) Count One charges Distribution of Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2. (*Id.*) Count Two and Count Three charge Distribution of Cocaine in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2. (*Id.*)

On March 9, 2023, the Government filed a Motion for Dismissal (Doc. 29) requesting that the Defendant be dismissed from the pending Indictment. The Government states that it "has learned of an [sic] alleged improprieties at the Homerville Police Department involving various officers closely associated with the investigation of this case. These events are under investigation and impact the witness' ability to appear as witnesses [sic] in the federal trial. Therefore, the Government elects to decline prosecution at this time." (*Id.* at 1.)

Accordingly, the Government's Motion for Dismissal (Doc. 29) is **GRANTED**. The Indictment against the Defendant is **DISMISSED** without prejudice.

**SO ORDERED**, this 13th day of March 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**